R  Case 1:08-cv-00880  Document 2  Filed 02/11/2008  Page 1 of 1  

UNITED STATES DISTRICT **08CV0880**
NORTHERN DISTRICT OF **JUDGE BUCKLO**
Civil Cover S **MAG. JUDGE DENLOW**

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** TOMAS ORTIZ

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Andrew C. Porter
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Tomas Ortiz
#17223-424
Manchester - FCI
P.O. Box 4000
Manchester, KY 40962

**FILED**
FEB 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** *Q. E. Woodham*   **Date:** 02/11/2008

Bucklo
Denlow
04 CR 714