## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 880 | **DATE** | 2/14/2008 |
| **CASE TITLE** | USA vs. Ortiz | | |

**DOCKET ENTRY TEXT**

The petitioner's application to proceed in forma pauperis is grated. Response to the petitioner's Section 2255 motion to vacate sentence etc. due by 3/14/08; and any reply by 5/14/08. Target date for ruling by mail set for 5/28/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|