# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| USA | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 880 |
| Thomas Ortiz | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to Vacate, Set Aside or Correct Sentence (2255) is denied and the case is terminated.


Michael W. Dobbins, Clerk of Court

Date: 7/8/2008                     _____
                                   /s/ Mathew P. John, Deputy Clerk