UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMAS ORTIZ<br>PETITIONER, | ]<br>]<br>] |
| VS. | ]   Case No: 1:08-CV-00880<br>]<br>] |
| UNITED STATES OF AMERICA<br>RESPONDANT, | ]<br>] |

NOTICE OF APPEAL
PURSUANT TO Fed. R. App. P. 4(a)

Notice is hereby given that Tomas Ortiz, the petitioner, hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the final judgment of his motion pursuant to 28 U.S.C. § 2255, that was denied by this Honorable Court on 7-08-08.

Respectfully Submitted,

Mr. Tomas Ortiz / Pro se,
Reg. No: 17223-424/LB
F.C.I. Manchester
P.O. Box 4000
Manchester, Ky. 40962-4000