UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TOMAS ORTIZ ]
PETITIONER, ]
 ]
 ]
 ]
VS. ] Case No: 1:08-CV-00880
 ]
 ]
UNITED STATES OF AMERICA ]
       RESPONDANT, / ]

**MOTION FOR LEAVE TO PROCEED IN FORMA
PAUPERIS ON APPEAL PURSUANT TO 28 U.S.C. § 1915**

NOW INTO COURT comes Tomas Ortiz, the petitioner, appearing through pro se representation and respectfully moves this Honorable Court for leave to proceed on appeal through in forma pauperis from the judgment entered on 7-08-08, without prepayment of costs and fees, and without giving security therefor.

An Application To Proceed Without Prepayment of Filing Fees and Affidavit, to include a copy of the inmate six month account statement is attached hereto and made part of this motion by reference herein.

Respectfully submitted,

_Tomas Ortiz 17223-424 8-07-08_
Mr. Tomas Ortiz Pro se,
Reg. No: 17223-424/LB
F.C.I. Manchester
P.O. Box 4000
Manchester, Ky. 40962-4000

FILED
AUG 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I _Tomas Ortiz_, do hereby certify that true and correct copies of the foregoing Motion for Notice of Appeal and Motion To Proceed In Forma Pauperis has been mailed first class, postage prepain to the Clerk of the U.S. District Court, Northern District of Illinois at 219 Dearborn St., Chicago, Illinois 60604, and to the U.S. Attorney's Office at 219 Dearborn St., Chicago, Illinois 60604, by placing them in the U.S. Postal Mail here at F.C.I. Manchester on this _7th_ day of _August_, 2008.

Respectfully Submitted,

_Tomas Ortiz 17223-424_
Mr. Tomas Ortiz, Pro se,
Reg. No: 17223-424/LB
F.C.I. Manchester
P.O. Box 4000
Manchester, Ky. 40962-4000