AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

TOMAS ORTIZ

    Plaintiff

    v.

UNITED STATES OF AMERICA

    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 1:08-CV-00880

I, _Tomas Ortiz_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _FCI Manchester, Ky_

    Are you employed at the institution? _Yes_  Do you receive any payment from the institution? _Yes_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?        ☑ Yes        ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _Unicor - Manchester, Ky - From $0 up to $105.00 monthly._
    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or worker's compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☑ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive money from family amounts are unknown and the time money is sent varies, so theres no knowing how long this will continue.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   N / A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. The following persons on this list below are my children, who I'm unable to support under my current situation of incarceration. Destiny Ortiz, Alexus Ortiz, Jaylnn Ortiz, Justin Ortiz, Tomas Ortiz Jr.

I declare under penalty of perjury that the above information is true and correct.

8 - 07 - 08            _Tomas Ortiz_
Date                    Signature of Applicant 

NOTICE TO PRISONER:  A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ _390.91_ on account to his/her

credit at the _FCI Manchester, Ky_ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according

to the records of said institution: _____

_____

I further certify that during the past six months the applicant's average balance was

$ _479.56_ .

_7 Aug 08_
Date

_____, Counselor
Signature of Authorized Officer of Institution



# CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: _Thomas Ortiz_

ADC NUMBER: _____

FEDERAL COURT CASE NUMBER (IF KNOWN): _1:08-CV-00880_

Total deposits for last six (6) months: $ _1,278.17_

Average monthly deposit (total deposits divided by 6): $ _____

Total balances for last six (6) months: $ _1,278.17_

Average monthly balance: $ _479.56_
(Total balances divided by 6)

Current account balance: $ _390.91_

Initial payment of filing fee as of _____: $ _____

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: _7 Aug 08_    AUTHORIZED OFFICIAL _____, Counselor

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$455.00 FOR AN APPEAL)