# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 880 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Ortiz vs. USA | | |

**DOCKET ENTRY TEXT**

The petitioner's motion for leave to proceed in forma pauperis on appeal and his application to proceed in forma pauperis are granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|