# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 880 | **DATE** | 8/22/2008 |
| **CASE TITLE** |  | USA vs. Ortiz | |

**DOCKET ENTRY TEXT**

As explained in this court's order dated 6/23/08, the petitioner has no colorable showing of a federal right. Therefore, finding that the appeal raises no debatable questions deserving appellate review, the court denies petitioner's motion for certificate of appealability.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|