

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   **CLERK**                                                                                           312-435-5670

August 25, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA v. Ortiz

U.S.D.C. DOCKET NO. : 08cv880

U.S.C.A. DOCKET NO. : n/a

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)                              1 Volume of Pleadings

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                    Very truly yours,

                                    Michael W. Dobbins, Clerk

                                    By:_____
                                         G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: USA v. Ortiz.

USDC NO.    : 08cv880

USCA NO.    : n/a

                    IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 25th day of August 2008.

                    MICHAEL W. DOBBINS, CLERK


                    By: _____
                        G. Jones, Deputy Clerk

APPEAL, DENLOW

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00880
## Internal Use Only

United States of America v. Ortiz
Assigned to: Honorable Elaine E. Bucklo
Cause: 28:2255 Remedies on motion attacking sentence

Date Filed: 02/14/2008
Date Terminated: 07/08/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States of America**  represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Andrew C. Porter**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: andrew.porter@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tomas Ortiz**  represented by **Tomas Ortiz**
#17223-424

Manchester - FCI  
P.O. Box 4000  
Manchester, KY 40962  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2008 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) and one copy filed by Tomas Ortiz. (04cr891). (ef, ) (Entered: 02/12/2008) |
| 02/11/2008 | 2 | CIVIL Cover Sheet. (ef, ) (Entered: 02/12/2008) |
| 02/11/2008 | 3 | APPLICATION by Defendant Tomas Ortiz for leave to proceed in forma pauperis. (Exhibits). (ef, ) (Entered: 02/12/2008) |
| 02/11/2008 | 5 | POST MARKED envelope for initiating document by Tomas Ortiz (Document not scanned) (aew, ) (Entered: 02/21/2008) |
| 02/12/2008 |   | (Court only) FORWARDED Copy of Motion to Vacate to U.S. Attorney's Office. (ef, ) (Entered: 02/12/2008) |
| 02/14/2008 | 4 | MINUTE entry before Judge Elaine E. Bucklo :The petitioners application to proceed in forma pauperis is granted. Response to the petitioners Section 2255 motion to vacate sentence etc. due by 3/14/08; and any reply by 5/14/08. Target date for ruling by mail set for 5/28/08.Mailed notice (ef, ) (Entered: 02/15/2008) |
| 03/12/2008 | 6 | RESPONSE by Plaintiff United States of America *GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION PURSUANT TO 28 USC SECTION 2255* (Attachments: # 1 Exhibit A)(Porter, Andrew) (Entered: 03/12/2008) |
| 05/12/2008 | 7 | MOVANT'S RESPONSE to Respondent's response to Movant's motion to vacate, correct or set aside sentence in pursuant 28 U.S.C. 2255. (Exhibits) (kjc, ) (Entered: 05/15/2008) |
| 06/23/2008 | 8 | MINUTE entry before the Honorable Elaine E. Bucklo: (Defendant Tomas Ortiz only). Defendant's Motion to Vacate, Set Aside or Correct Sentence (2255) 1 is Denied. (For further details see text below). Mailed notice (gmr, ) (Entered: 07/08/2008) |
| 07/08/2008 | 9 | ENTERED JUDGMENT, Case Terminated Signed by the Courtroom Deputy Clerk on 7/8/2008.Mailed notice(mpj, ) (Entered: 07/08/2008) |
| 08/12/2008 | 10 | NOTICE of appeal by Tomas Ortiz regarding orders 9 , 8 . (IFP) (gej, ) (Entered: 08/15/2008) |
| 08/12/2008 | 11 | MOTION by Defendant Tomas Ortiz for leave to appeal in forma pauperis. (gej, ) (Entered: 08/15/2008) |
| 08/12/2008 | 14 | POST MARKED envelope for Notice of Appeal. (Document Not Scanned) (lcw, ) (Entered: 08/15/2008) |

| 08/12/2008 | 15 | APPLICATION by Defendant Tomas Ortiz for leave to appeal in forma pauperis. (Exhibits) (aac, ) (Entered: 08/15/2008) |
|---|---|---|
| ~~08/15/2008~~ | ~~12~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 10. Notified counsel (gej, ) (Entered: 08/15/2008)~~ |
| ~~08/15/2008~~ | ~~13~~ | ~~NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 08/15/2008)~~ |
| 08/18/2008 | 16 | MINUTE entry before the Honorable Elaine E. Bucklo: The petitioner's motion for leave to proceed in forma pauperis on appeal and his application to proceed in forma pauperis are granted. Mailed notice (ep, ) (Entered: 08/19/2008) |
| 08/22/2008 | 17 | MINUTE entry before the Honorable Elaine E. Bucklo: As explained in this court's order dated 6/23/08, the petitioner has no colorable showing of a federal right. Therefore, finding that the appeal raises no debatable questions deserving appellate review, the court denies petitioner's motion for certificate of appealability. Mailed notice (ep, ) (Entered: 08/25/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**