*MHN*



**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

August 25, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

**FILE**

RE: USA v. Ortiz

U.S.D.C. DOCKET NO. : 08cv880

U.S.C.A. DOCKET NO. : n/a

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)            1 Volume of Pleadings

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

*U.S.C.A. – 7th Circuit RECEIVED AUG 25 2008 DW GINO J. AGNELLO CLERK*

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
G. Jones, Deputy Clerk